# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Reade, Linda R. | **2. Court or Organization**<br><br>District Court ND Iowa | **3. Date of Report**<br><br>01/03/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | **5a. Report Type** (check appropriate type)<br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |
| **7. Chambers or Office Address**<br><br>U.S. Courthouse<br>111 7th Ave SE<br>Cedar Rapids, IA 52401 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Federal Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 08/01/93 | State of Iowa and filer-Iowa Judicial Retirement Plan. The state is paying me retirement income as of February 2013. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | State of Iowa judicial retirement annuity | $31,958.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 24-25, 2017 | Washington DC | Board Meeting | transportation, lodging and food |
| 2. | US Dept of Justice | May16-18, 2017 | Colombia SC | teaching trial advocacy | transportation, lodging and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 01/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Accounts | A | Interest | M | T | | | | | |
| 2. CSCO Stock | A | Dividend | J | T | | | | | |
| 3. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 4. Deferred Comp Plan (H) | | | | | | | | | |
| 5. -Stock Index Fund-Valic | A | Dividend | J | T | | | | | |
| 6. -Science & Technology Fund-Valic | A | None | J | T | | | | | |
| 7. -Putnam New Opportunity Fund-Valic | A | None | J | T | | | | | |
| 8. -Putnam Global Gr Fund-Valic | A | None | J | T | | | | | |
| 9. -American Cent Ultra Fund-Valic | A | None | J | T | | | | | |
| 10. Retirement Account (H) | | | | | | | | | |
| 11. -Schwab Money Market Fund | A | Interest | M | T | | | | | |
| 12. -ABEONATherapeutics (ABEO) (Y) | | | | | | | | | |
| 13. -AT&T | C | Dividend | M | T | | | | | |
| 14. -Agenus (AGEN) | | None | K | T | Buy | 08/18/17 | K | | |
| 15. -Air Canada (ACDVF) | | None | L | T | Sold (part) | 04/12/17 | K | E | |
| 16. -Altria Group, Inc (MO) | C | Dividend | L | T | | | | | |
| 17. -American Airlines (AAL) | A | Dividend | K | T | Sold (part) | 12/11/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -American Int'l Grp (AIG) | B | Dividend | L | T | | | | | |
| 19.   -Annaly Capital Mgmt Reit (NLY) | E | Dividend | M | T | | | | | |
| 20.   -Apple (APPL) | D | Dividend | O | T | Buy (add'l) | 06/09/17 | M | | |
| 21.   - Alamos Gold (AGI) | A | Dividend | J | T | | | | | |
| 22.   -Axon Enter (AAXN) formerly Taser | | None | J | T | | | | | |
| 23.   -Applied Materials (AMAT) | | None | K | T | Buy | 12/11/17 | K | | |
| 24.   -Barrick Gold Corp (ABX) | A | Dividend | J | T | | | | | |
| 25.   -Blackrock Health Sciences Fund (SHSAX) | C | Distribution | L | T | | | | | |
| 26.   -Boeing (BA) | B | Dividend | L | T | | | | | |
| 27.   -British Petro (BP) | B | Dividend | K | T | | | | | |
| 28.   -Carlyle Grp (CG) | C | Dividend | L | T | | | | | |
| 29.   -Citigroup (CIT) | A | Dividend | | | Sold | 03/08/17 | L | C | |
| 30. | | | | | Buy | 05/17/17 | L | | |
| 31. | | | | | Sold | 05/19/17 | L | B | |
| 32. | | | | | Buy | 05/31/17 | L | | |
| 33. | | | | | Sold | 06/08/17 | L | C | |
| 34.   -Cytokinetics Inc (CYTK) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -DDR Corp | A | Dividend | J | T | | | | | |
| 36. -Delta Airlines (DAL) | | None | K | T | Buy | 12/11/17 | K | | |
| 37. -RRDonnelley (RRD) | A | Dividend | | | Sold | 12/20/17 | J | | |
| 38. -Donnelley Financial (DFIN) | | None | | | Sold | 02/07/17 | J | B | |
| 39. -LSC Communications (LKSD) | A | Dividend | | | Sold | 04/25/17 | J | A | |
| 40. -Doubleline Inc (DSL) | C | Dividend | L | T | | | | | |
| 41. -Enbridge Energy (EEP) | B | Dividend | J | T | | | | | |
| 42. -Exact Sciences (EXAS) | | None | | | Sold | 04/27/17 | K | D | |
| 43. -First Data Corp (FDC) | | None | K | T | | | | | |
| 44. -Ford (F) | A | Dividend | K | T | Buy | 04/19/17 | K | | |
| 45. -General Electric Co (GE) | B | Dividend | K | T | | | | | |
| 46. -Goldcorp Inc. F (GG) | A | Dividend | J | T | | | | | |
| 47. -Graphic Packaging Hldg (GPK) | A | Dividend | | | Sold | 06/01/17 | K | C | |
| 48. -GSV Capital (GSVC) | | None | | | Sold | 09/11/17 | J | | |
| 49. -Hovnanian (HOV) | | None | J | T | | | | | |
| 50. -Icahn Ent (IEP) | B | Dividend | K | T | | | | | |
| 51. -India Fund (IFN) | B | Distribution | | | Sold | 09/11/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Lumentum Holdings (LITE) | | None | K | T | Buy | 08/07/17 | K | | |
| 53. -JP Morgan Chase (JPM) | B | Dividend | M | T | | | | | |
| 54. -Metlife (MET) | A | Dividend | | | Sold | 09/27/17 | K | D | |
| 55. -Brighthouse Financial (BHF) | | None | | | Spinoff (from line 54) | 08/04/17 | J | | |
| 56. | | | | | Sold | 09/11/17 | J | A | |
| 57. -Micron Tech (MU) | | None | | | Sold | 09/27/17 | K | D | |
| 58. -Microsoft (MSFT) | B | Dividend | L | T | | | | | |
| 59. -Morgan Stanley (MS)(L) | A | Dividend | J | T | | | | | |
| 60. -New York Management REIT(NYMT) | B | Dividend | | | Sold | 06/02/17 | K | | |
| 61. -Novartis (NVS) | C | Dividend | L | T | | | | | |
| 62. -Orion(OEC) | B | Dividend | L | T | Buy | 07/07/17 | L | | |
| 63. -Ovascience Inc. (OVAS)(L) | | None | J | T | | | | | |
| 64. -Paragon Shipppng (PRGN)(Y) | | | | | | | | | |
| 65. -Performance Food Group (PFGC) | | None | K | T | | | | | |
| 66. -Pepsico (PEP) | A | Dividend | K | T | | | | | |
| 67. -Pfizer (PFE) | B | Dividend | K | T | | | | | |
| 68. -Pimco (PTY) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Principal Financial (PFG) | D | Dividend | N | T | | | | | |
| 70. -Royal Dutch Shell (RDSA) | C | Dividend | L | T | Buy | 01/09/17 | K | | |
| 71. -Safe Bulkers (SB) | | None | J | T | | | | | |
| 72. -Schlumberger (SLB) | A | Dividend | K | T | | | | | |
| 73. -Sodastream (SODA) | | None | | | Sold | 08/03/17 | K | A | |
| 74. -Telecom Argentina SA (TCMFF) | | None | | | Sold | 02/03/17 | J | | |
| 75. -Total SAADRF1 (TOT) | B | Dividend | | | Sold | 12/18/17 | K | C | |
| 76. -Trupanion Inc (TRUP) | | None | | | Sold | 10/10/17 | K | D | |
| 77. -Tsakos Energy (TNP) | A | Dividend | K | T | | | | | |
| 78. -Verizon Communications (VZ) | B | Dividend | | | Sold | 04/25/17 | L | D | |
| 79. -VISA | A | Dividend | L | T | | | | | |
| 80. -Vodafone (VOD) | B | Dividend | K | T | | | | | |
| 81. -Xerox (XRX) | A | Dividend | K | T | Buy | 03/29/17 | K | | |
| 82. -Yamana Gold Incoo (AVY) | A | Dividend | J | T | | | | | |
| 83. McVean Trading and Investment | | None | J | T | | | | | |
| 84. Farm 1 Dallas Co., IA | D | Rent | M | W | | | | | |
| 85. Farm 3 Dallas Co. IA | D | | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Farm 5 Adair Co, IA | E | Rent | N | W | | | | | |
| 87. Farm 7 Adair Co, IA | D | | L | W | | | | | |
| 88. Farm 10 Adair Co, IA | E | Rent | N | W | | | | | |
| 89. Farm 14 Adams Co, IA | E | Rent | M | W | | | | | |
| 90. Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 91. Farm 20 Decatur County, IA | B | | J | W | | | | | |
| 92. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 93. Mineral Interest,Dallas County, IA (Y) | | | | | | | | | |
| 94. Scout Energy fkaFidelity ExplorRoyalty Continental Resor Bowman Co, ND | D | Royalty | J | T | | | | | |
| 95. Phoenix-Tuson Ranch LLC (Y) | | | | | | | | | |
| 96. Brokerage 1 | | | | | | | | | |
| 97. -Schwab money market account | A | Interest | J | T | | | | | |
| 98. -Ally Financial (ALLY) | A | Dividend | | | Buy | 01/12/17 | J | | |
| 99. | | | | | Sold | 04/25/17 | J | A | |
| 100. -American Airlines Grp (AAL) | A | Dividend | L | T | | | | | |
| 101. -AMC Enter (AMC) | A | Dividend | | | Buy | 02/10/17 | K | | |
| 102. | | | | | Sold | 04/25/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -At & T (T) | B | Dividend | L | T | Buy (add'l) | 05/10/17 | K | | |
| 104.  -Agenius(AGEN) | | None | K | T | Buy | 08/18/17 | K | | |
| 105.  -Air Canada (ACDVF) | | None | | | Sold | 07/27/17 | K | D | |
| 106.  -Apache Corp (APA) | A | Dividend | K | T | Buy | 07/10/17 | K | | |
| 107.  -Applied Materials (AMAT) | | None | K | T | Buy | 12/11/17 | K | | |
| 108.  -Blackstone (BX) | C | Dividend | K | T | | | | | |
| 109.  -Boeing (BA) | B | Dividend | L | T | | | | | |
| 110.  -Caterpillar Inc (CAT) | A | Dividend | K | T | | | | | |
| 111.  -Carlyle Grp (CG) | D | Dividend | M | T | Buy (add'l) | 01/23/17 | K | | |
| 112. | | | | | Buy (add'l) | 02/09/17 | K | | |
| 113.  -Citigroup (C) | | None | | | Buy | 04/28/17 | L | | |
| 114. | | | | | Sold | 05/26/17 | L | C | |
| 115.  --Cytokinetics (CYTK) | | None | K | T | | | | | |
| 116.  -Delta (DAL) | B | Dividend | L | T | Buy | 08/07/17 | K | | |
| 117.  -Flextronics Int (FLEX) | | None | K | T | | | | | |
| 118.  -Ford Motor (F) | A | Dividend | J | T | | | | | |
| 119.  -General Motors (GM) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Houghton (HMHC) | | None | | | Buy | 01/12/17 | J | | |
| 121. | | | | | Sold | 04/25/17 | J | A | |
| 122. -International Paper (IP) | | None | | | Buy | 05/31/17 | L | | |
| 123. | | | | | Sold | 06/01/17 | L | A | |
| 124. -Mobileye (MBLY) | | None | | | Sold | 03/13/17 | J | B | |
| 125. -Orion Eng ((OEC) | A | Dividend | K | T | Buy | 07/28/17 | K | | |
| 126. -Ovascience Inc (OVAS) | | None | J | T | | | | | |
| 127. -Pimco Opp Fund (PTY) | A | Dividend | J | T | | | | | |
| 128. -Principal Finan (PFG) | A | Dividend | J | T | | | | | |
| 129. -PJT Partners (PJT) | A | Dividend | | | Sold | 07/19/17 | J | B | |
| 130. -Real Industry (RELY) | | None | | | Buy | 01/12/17 | J | | |
| 131. | | | | | Sold | 12/28/17 | J | | |
| 132. -Royal Dutch Shell (RDSA) | C | Dividend | K | T | Buy | 01/06/17 | K | | |
| 133. -Ryman Hosp (RHP) | A | Dividend | | | Buy | 06/22/17 | K | | |
| 134. | | | | | Sold | 11/21/17 | K | B | |
| 135. -Total SA (TOT) | B | Dividend | L | T | | | | | |
| 136. -US Food (USFD) | | None | | | Buy | 01/04/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Reade, Linda R. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 04/24/17 | K | A | |
| 138. -Vale SA ADR (VALE) | | None | | | Sold | 01/17/17 | J | | |
| 139. -Vanguard (VOO) | A | Dividend | | | Buy | 03/02/17 | K | | |
| 140. | | | | | Sold | 05/05/17 | K | A | |
| 141. -Veracyte (VCYT) | | None | K | T | Buy (add'l) | 05/17/17 | K | | |
| 142. -Verastem (VSTM) | | None | L | T | Buy (add'l) | 07/13/17 | K | | |
| 143. | | | | | Buy (add'l) | 04/17/17 | L | | |
| 144. | | | | | Buy (add'l) | 12/18/17 | K | | |
| 145. -Viewray (VRAY) | | None | K | T | | | | | |
| 146. -Vodaphone (VOD) | A | Dividend | J | T | | | | | |
| 147. Brokerage II | A | Int./Div. | | | Closed | 06/01/17 | K | | |
| 148. -NYCB | | None | | | Sold | 06/01/17 | K | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 01/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 4-9 The dividend amounts are not detailed in the statement I receive

Line 85 the income is crops ($5917.46) and crop insurance ($1233)

Line 87 the income is crops ($8272.29) plus crop insurance ($800)

Line 91 the income is CRP ($1913)

d

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Linda R. Reade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544